**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand twenty-two,

_____

Christopher Quinn,

        Plaintiff - Appellant,

Teignmouth Hall LLC,

        Plaintiff,

v.

Crosby Capital USA LLC, Yonel Devico, Joseph DeRuscio, Anna Carley, Asset Based Lending, ABL One LLC, Paul Ullman, Kevin Rodman, Law Office of Steven Rubel, ABL Asset Based Lending, LLC, Bridge Lane NY LLC, Port Jefferson LLC, Esq. Steven Rubel, David Shaulian, ABL Two LLC, ABL Three LLC, Asset Based Managers LLC,

        Defendants - Appellees,

ABL1 LLC,

        Defendant.

_____

**ORDER**
Docket Number: 21-1937

A notice of appeal was filed on August 3, 2021. Appellant's brief and any required appendix, due December 29, 2021, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal is dismissed effective January 31, 2022 if the brief and any required appendix are not filed by that date. No extension of time to file will be granted.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

